| | | | |
|---|---|---|---|
| Case Number: | 15-27350 | | KIMBAFYNN L.H. DIENG |
| Petition Filing Date: | 12/17/2015 | | |
| Plan Filing Date: | 12/17/2015 | Counsel: | ROBERT W THOMPSON ESQ |
| First Payment: | 1/16/2016 | Phone #: | 4108415060 |
| Confirmation Date and Time: | 2/23/2016 10:00 AM | E-Mail: | |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Jan 28 2016 12:00PM | First Meeting Complete? | yes |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 1/1/1900 |
| Prior Bkys | ☐ No ☑ Yes | ☐ CH7 Year Filed _____ | ☑ CH13 Year Filed '05 d/c, '12 & '14 dsm |
| Present Creditors: | none | | |

| | |
|---|---|
| Performance: | Mtge & pp paid, needs to make car pmt |
| Income/DI: | no C/S rec'd<br>YTD income verified higher than I |
| Tax/Refund History: | HOH ok; need 2015 TR as soon as filed; large tax liab from 2011<br>Has pro-rated refunds on I and above $6662, will turnover |
| Expense Verification: | TSP pd off w/in next 2 years<br>Car pd off in 2021 |
| Chapter 7 Liqudation: | non exempt equity $3353<br>PI case est claim $30K<br>purchased car in 10/2015; no trade in $400 down @ 24% int |
| Amended Plan: | Underfunded - need all DI<br>TX Santander s/c#6 $1435.92 arrears<br>TX USA discounters per D<br>TX MP Utilities s/c#4 |
| Amended Schedules: | B- add retirement accts, PI case<br>D- add collateral to creditors<br>I - income per pay stubs higher<br>B22C complete all parts |
| Motion/Objections: | Aplc John Critzos (sp) for PI case |
| Other: | Pay final install fee before conf hrg due 3/16/16 |

Meeting Conducted By: Nancy Spencer Grigsby, Trustee

Reviewed By: Nancy Spencer Grigsby, Trustee

Reviewed Date: 1/31/16